

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

FILED
AUG 31 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>             Plaintiff,          )<br>     v.                              )<br>                                     )<br>JOSEPH ANDREW MAHAR,                 )<br>             Defendant.             )<br>_____) | MAG. NO. 07-249-kjm<br><br>MOTION TO DISMISS<br>AND (proposed) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against JOSEPH ANDREW MAHAR.

DATED: August 31, 2010                BENJAMIN B. WAGNER
                                      United States Attorney
                                      /s/ Michelle Rodriguez
                                      By _____
                                      MICHELLE RODRIGUEZ
                                      Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 07-0249-KJM against defendant JOSEPH ANDREW MAHAR is GRANTED.

DATED: Aug 31, 2010                   _____
                                      HON. GREGORY G. HOLLOWS
                                      U.S. Magistrate Court Judge